

# T. A. Blackburn Law

TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL MEMBERSHIP
EDNY, NDNY, WDNY, SDNY, ILND & DNJ

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

February 16, 2024

**Sent via mail**:
United States District Judge Arun Subramanian
Southern District Of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re: <u>Zunzurovski v. Finger et al.; 1:23-cv-04883-AS</u>

Dear Judge Subramanian,

My firm represents Aleksandar Zunzurovski ("Mr. Zunzurovski" or "Plaintiff") in the above-referenced case. I write in response to a letter filed by Defendants dated February 16, 2024. On February 15, 2024, Judge Cotes issued an order informing this writer that I am not admitted to practice in this Court. This was news to me since I have filed several cases in this Court since October 27, 2020.

After Judge Cote's order was filed, this writer contacted the Clerk's office and Pacer to inquire about his admission status. They informed me that I was admitted to Pro Hac Vice in 2019. I submitted my application for admission on 10/27/2020 after being admitted to practice in the EDNY. (**Attachment A**). My application was submitted through PACER as required by the SDNY attorney admissions application process. It was submitted during the height of the COVID-19 pandemic. Since 10/27/2020, I have filed several cases in this district and have appeared as co-counsel. I am sorting out this issue, as I would not have been able to file as many cases as I filed throughout the year without being admitted to practice.

There is no basis for sanctioning this writer as I did not and would not intentionally continue to file cases in this district while not being admitted to practice. I am in the process of correcting this error with Pacer.

Respectfully submitted,



Tyrone A. Blackburn, Esq.

Cc: counsel of record via ECF.

📞 347-342-7432  ✉ tblackburn@tablackburnlaw.com  🌐 TABlackburnlaw.com