

# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL MEMBERSHIP
EDNY, NDNY, WDNY, SDNY, ILND & DNJ

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

February 18, 2024

**Sent via mail**:
United States District Judge Arun Subramanian
Southern District Of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re: **Zunzurovski v. Finger et al.; 1:23-cv-04883-AS**

Dear Judge Subramanian,

My firm represents Aleksandar Zunzurovski ("Mr. Zunzurovski" or "Plaintiff") in the above-referenced case. I write to supplement Plaintiff's February 16, 2024, letter. This supplemental letter addresses the issue raised by Judge Denise Cotes regarding this writer's admission to the practice in this Court. Since Judge Cotes February 15, 2024, order, this writer contacted Pacer and the SDNY Clerk's office to clarify my admission. The Clerk informed me that I was admitted to practice Pro Hac in 2019 for the Jones v. Fox Rothschild case. I provided the Clerk with a copy of the application I submitted in 2020, and she informed me that the application was incomplete. I received no additional clarification from her regarding what made the application incomplete. I will withdraw **Attachment A** from the 2/16/2024 letter as the Clerk advises that the application is incomplete. Pacer has not responded to my phone message or email. I will follow up with them on Monday.

The Jones v. Fox Rothschild case was the only Pro Hac I requested and received from this Court before submitting my application for admission. I submitted my application for admission through Pacer, and (according to Pacer's website) I was admitted. According to the Manage My Account section for Pacer, the New York Southern District is listed as one of my registered courts under the Display Registered Courts section. (**Attachment A**). I could not have filed this case or any other case over the past four years if I had not been registered to do so on Pacer.

To clear up any issues with my registration, admission, or application, I will refile the application through Pacer as required by the SDNY Attorney Admissions application process. I will submit my application under the EDNY waiver. I requested my certificate of good standing from the EDNY, and once it arrives, everything will be resubmitted to Pacer.



347-342-7432    tblackburn@tablackburnlaw.com    TABlackburnlaw.com



I apologize to the Court for any inconvenience this may have caused. I assure the Court this was not an intentional act on my part, as evidenced by **Attachment A**. I thought the application I submitted years ago was accepted, which resulted in my admission.

Respectfully submitted,
Tyrone A. Blackburn, Esq.

Cc: counsel of record via ECF.