# ATTACHMENT # A




# Manage My Account

Tyrone Blackburn

| | |
|---|---|
| **Account Number** | 5979026 |
| **Username** | tablackburn |
| **Account Balance** | $0.00 |
| **Case Search Status** | Active |
| **Account Type** | Upgraded PACER Account |

## Display Registered Courts

**U.S. District Courts**

Illinois Northern District Court
New Jersey District Court
New York Eastern District Court
New York Northern District Court
New York Southern District Court

Done



PACER FAQ                    Privacy & Security                    Contact Us

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov