UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ALEKSANDAR ZUNZUROVSKI,

                Petitioner,                      23 **CIVIL** 4883 (AS)

    -against-                          **<u>JUDGMENT</u>**

DESMOND C. FINGER, et al.,

                Respondent.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 28, 2024, Zunzurovski's complaint is DISMISSED WITH PREJUDICE. In addition, Defendants' letter motion for leave to file a supplemental memorandum of law and Zunzurovski's letter motion in opposition are DENIED as moot. Accordingly, the case is closed.

**Dated**: New York, New York
           February 28, 2024

                                                          **RUBY J. KRAJICK**
                                                          Clerk of Court

                          **BY:**

                                                          _____
                                                               **Deputy Clerk**